UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor:
U.S. Bank National Association, as Indenture Trustee
on behalf of and with respect to Ajax Mortgage Loan
Trust 2019-F, Mortgage-Backed Securities, Series
2019-F

**Order Filed on March 26, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Frank D Caliendo
Debtor

Case No.:  26-11841 EJO

Hearing Date: 4/29/2026 @ 10a.m.

Judge:  Eamonn James O'Hagan

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: March 26, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Page 2
Debtor:          Frank D Caliendo
Case No.:        26-11841 EJO
Caption:         **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                 DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2019-F, Mortgage-Backed Securities, Series 2019-F, holder of a mortgage on real property located at 144 3rd Ave, Neptune, NJ 07753, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and James J. Cerbone, Esquire, attorney for Debtor, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full, when filed on the claims register, through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserve their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.