UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
 Caption in Compliance with D.N.J. LBR 9004-1(b)

JAMES J. CERBONE, ESQ. 4036
1704 Maxwell Drive, Suite 206
Wall, NJ  07719
Phone: 732-681-6800
Email: JamesCerboneEsq@gmail.com
Attorney for:
Frank D Caliendo

| | |
|---|---|
| In Re: | Case No.:  26-11841 |
| Frank D Caliendo | Judge: MEH |
| | Hearing Date: 04/29/2026 |
| | Chapter:  13 |

Recommended Local Form:        X Followed         ☐ Modified

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, Frank D Caliendo,, upon my oath according to law, hereby certify as

follows:

1.      The below information is being supplied for compliance with the Confirmation

Hearing date on 04/29/2026.

2.      The above named Debtor(s) has /have paid all post petition amounts that are

required to be paid under any and all Domestic Support Obligations.

3.      The above named Debtor(s) has/have filed all applicable Federal, State, and

local tax returns, as required by 11 U.S.C. Section 1308.

4.      If the Confirmation hearing date stated in Paragraph 1 is adjourned for any

reason, an updated Certification will be filed with the Court prior to any

subsequent Confirmation hearing date in the event any of the information

contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 04/28/2026                    /s/ Frank D Caliendo
                                        Signature of Debtor

Dated: 04/28/2026

                                        Signature of Joint Debtor

2