Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  26−11841−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Frank D Caliendo
    144 3rd Ave.
    Neptune City, NJ 07753

Social Security No.:
    xxx−xx−4907

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 1, 2026.

Dated: June 1, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-11841-EJO

Frank D Caliendo                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                            Page 1 of 2

Date Rcvd: Jun 01, 2026                 Form ID: plncf13                        Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank D Caliendo, 144 3rd Ave., Neptune City, NJ 07753-6378 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2026 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2026 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520988237 | | Email/Text: dlewis@csandw-llp.com | Jun 01 2026 21:51:00 | Celentano, Stadtmauer & Walentowicz, LLP, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520988236 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2026 22:03:04 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520988238 | ^ | MEBN | Jun 01 2026 21:48:53 | Hackensack Meridian Health, PO Box 45000-4535, Philadelphia, PA 19195-0001 |
| 521088248 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 01 2026 22:03:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521026861 | + | Email/Text: ecfbnc@aldridgepite.com | Jun 01 2026 21:51:00 | NewRez LLC, Asaph Abrams ALDRIDGE PITE, LLP, 3333 Camino del Rio South,, Suite 225 San Diego, CA 92108-3808 |
| 520988239 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 01 2026 21:50:00 | Nr/Sms/Cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 521015574 | | Email/Text: jaxbanko@td.com | Jun 01 2026 21:50:00 | TD Bank, N.A., PO Box 16041, Lewiston, ME 04243-9523 |
| 520988240 | ^ | MEBN | Jun 01 2026 21:49:02 | Td Auto Fin, Po Box 71466, Philadelphia, PA 19176-1466 |
| 520988241 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2026 22:03:36 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 521082208 | | Email/Text: mtgbk@shellpointmtg.com | Jun 01 2026 21:50:00 | U.S. Bank National Association, c/o NewRez LLC, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| James J. Cerbone | on behalf of Debtor Frank D Caliendo jamescerboneesq@gmail.com  23855@notices.nextchapterbk.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2019-F, Mortgage-Backed Securities, Series 2019-F bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4